**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

Mayel Perez-Valencia,
Petitioner,

v.

**ORDER ADOPTING REPORT AND RECOMMENDATION**
Case No. 26-cv-02868 (MJD/EMB)

Jared Rardin,

Respondent.

---

Mayel Perez-Valencia, pro se.

Perry Sekus, Assistant United States Attorney, Counsel for Respondent.

---

The above-entitled matter comes before the Court upon the Report and Recommendation ("R&R") of United States Magistrate Judge Elsa M. Bullard filed August 7, 2026. (Doc. 9). Neither party filed objections to the R&R.

Pursuant to statute, the Court has conducted a de novo review upon the record. 28 U.S.C. § 636(b)(1); D. Minn. LR 72.2(b). Based upon that review, the Court adopts the Report and Recommendation of Magistrate Judge Bullard.

Accordingly, based upon the files, records, and proceedings herein**, IT IS HEREBY ORDERED** that the Court **ADOPTS** the Report and Recommendation

of United States Magistrate Judge Elsa M. Bullard dated August 7, 2026 **[Doc. 9]** as follows:

1. Petitioner's Petition for Writ of Habeas Corpus **[Doc. 1]** is **DENIED**; and

2. This action is **DISMISSED without prejudice**.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: September 25, 2026

s/Michael J. Davis
Michael J. Davis
United States District Court